# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:06-cv-00477-W

| | |
|---|---|
| SONYA L. GREGORY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| POSTMASTER GENERAL JOHN ) | |
| POTTER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on Plaintiff's Response to the Court's Order to Show Cause and Motion to Extend the Time in which to serve the summons and complaint. (Doc. No. 3). For the reasons stated in Plaintiff's motion, the Court finds good cause and excusable neglect to grant Plaintiff's Motion to Extend Time and will allow Plaintiff twenty (20) calendar days from the date of this Order to serve the summons and complaint.

IT IS, THEREFORE, ORDERED THAT, Plaintiff's Motion for Extension of Time is GRANTED, and Plaintiff shall serve the summons and complaint on Defendant on or before Thursday, June 7, 2007.

IT IS SO ORDERED.

Signed: May 18, 2007

Frank D. Whitney
United States District Judge