# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### CIVIL CASE NO. 3:06cv477

| | |
|---|---|
| SONYA GREGORY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JOHN POTTER, POSTMASTER ) | |
| GENERAL OF THE UNITED ) | |
| STATES, UNITED STATES ) | |
| POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on reassignment.

On August 16, 2007, the Defendant was given an additional period of time to answer or otherwise respond to the complaint. The relief provided was based on the Defendant's disclosure that the Plaintiff is in bankruptcy along with her husband and her husband has pending a case, *Gregory v. John Potter*, Case No. 1:07cv142, in which the Bankruptcy Trustee has asked for a dismissal of the action. On September 10, 2007, the Magistrate Judge recommending granting that motion.

In the motion for additional time, it was disclosed that a settlement proposal in this case had been presented to the Bankruptcy Trustee. For the same reasons as stated in the case of the Plaintiff's husband, it would seem that dismissal of this action is also appropriate. However, the deadline for answering or otherwise moving has expired and the Defendant has not advised the Court of the status of the matter.

**IT IS, THEREFORE, ORDERED** that on or before five (5) business days from entry of this Order, the Defendant shall advise the Court of the status of this action.

Signed: November 2, 2007

Martin Reidinger
United States District Judge