# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:06cv477

| | |
|---|---|
| SONYA GREGORY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JOHN POTTER, POSTMASTER ) | |
| GENERAL OF THE UNITED STATES, ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court on the Plaintiff's motion to extend the time within which to respond to the Court's order of January 23, 2008.

Even though the Court found the motion quite difficult to decipher, the Court finds for the reasons stated in the motion and for good cause shown that the deadline to file a response should be extended through and including February 11, 2008.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion to extend the time in which to file a response should be extended through and including February 11, 2008 is **GRANTED**.

Signed: February 8, 2008

Martin Reidinger
United States District Judge