# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### CIVIL CASE NO. 3:06cv477

| | |
|---|---|
| SONYA GREGORY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JOHN POTTER, POSTMASTER ) | |
| GENERAL OF THE UNITED STATES, ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the Chapter 7 Trustee's Motion to Stay [Doc. 27], flied on March 24, 2008.

For the reasons stated in the Motion to Stay [Doc. 27], the Court will grant the Motion to Stay through April 25, 2008.

**IT IS, THEREFORE, ORDERED** that the Trustee's Motion to Stay [Doc. 27] is **GRANTED** and this matter is hereby stayed through **April 25, 2008.**

Signed: March 25, 2008

Martin Reidinger
United States District Judge